## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MELINDA JOHNSON, | ) | CASE NO.: 1:13-CV-1197 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kathleen B. Burke. The Report and Recommendation (ECF #17) is hereby ADOPTED by this Court in its entirety. Plaintiff Melinda Johnson filed this action seeking judicial review of the Commissioner of the Social Security Administrations's decision denying her application for Supplemental Security Income ("SSI"). In her Report, Magistrate Judge Burke recommended that the decision of the Commissioner of Social Security be reversed and the case remanded for further proceedings. Defendant, the Commissioner of Social Security, has chosen not to file objections to Magistrate Judge Burke's Report (*See* ECF #18).

This Court has reviewed *de novo* Magistrate Judge Burke's Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and finds that it is thorough and well-supported. This Court, therefore, ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. The decision of the Commissioner of Social

Security is REVERSED, and the case is REMANDED for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

_____
JUDGE DONALD C. NUGENT
United States District Judge

DATED: May 2, 2014